UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Weather Modification LLC and Fargo Jet Center LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>Neil S. Brackin, Specialty Aviation Holdings Corporation and Sunag, LLC,<br><br>       Defendants. | Case No. 3:20-cv-00073-PDW-ARS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and among Plaintiffs Weather Modification LLC and Fargo Jet Center LLC and Defendants Neil S. Brackin, Specialty Aviation Holdings Corporation and Sunag, LLC, through their respective undersigned counsel, that this action, including all claims, counterclaims, and cross-claims that were raised, were attempted to be raised, or could have been raised herein, shall be dismissed with prejudice and on the merits, with each party bearing its or his own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

DATED:  November 15, 2021

**TAFT STETTINIUS & HOLLISTER LLP**

By:  */s/ Jeremy D. Schildcrout*
     Charles B. Rogers (ND #07415)
     Jason R. Asmus (ND #09104)
     Jeremy D. Schildcrout (*pro hac vice*)
2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 977-8400
Fax: (612) 977-8650
crogers@taftlaw.com
jasmus@taftlaw.com
jschildcrout@taftlaw.com

**COUNSEL FOR PLAINTIFFS
WEATHER MODIFICATION LLC AND
FARGO JET CENTER LLC**

DATED: November 15, 2021        **FOX ROTHSCHILD LLP**

By: */s/ Colleen McGarry*
    Colleen McGarry (ND #08421)
    Aaron Mills Scott (*pro hac vice*)
    Elizabeth A. Patton (*pro hac vice*)
    Ellie J. Bargarry (*pro hac vice*)
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 607-7000
Fax: (612) 607-7100
cmcgarry@foxrothschild.com
ascott@foxrothschild.com
epatton@foxrothschild.com
ebargarry@foxrothschild.com

**COUNSEL FOR DEFENDANTS NEIL S. BRACKIN AND SPECIALTY AVIATION HOLDINGS CORPORATION**

DATED: November 15, 2021        **SERKLAND LAW FIRM**

By: */s/ Ian R. McLean*
    Ian R. McLean (ND #07320)
    Peter W. Zuger (ND #06282)
10 Roberts Street North
P.O. Box 6017
Fargo, ND 58108-6017
Telephone: (701) 232-8957
imclean@serklandlaw.com
pzuger@serklandlaw.com

**COUNSEL FOR DEFENDANT SUNAG, LLC**